

United States District Court
Southern District of Texas
FILED

AUG 24 1998

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORELIA BARNHART, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-080 |
| | § | |
| ROSE MARIE PONCE, ET AL. | § | |

## MEMORANDUM AND ORDER

On October 29, 1997, Magistrate Judge John Wm. Black entered an Order (Docket No.. 18) denying a Motion to Dismiss filed by the individual defendants Rose Marie Ponce ("Ponce") and Jerry Benavides ("Benavides").

On November 3, 1997, Judge Black submitted a Report and Recommendation (Docket No. 20) recommending denial of Plaintiffs' Motion to Remand on the grounds that the individual defendants, Ponce and Benavides, were fraudulently joined in order to defeat diversity jurisdiction.

Recognizing the inconsistency between the Order of October 29, 1997, and the Report and Recommendation, Judge Black submitted a second Report and Recommendation (Docket No. 41) pointing out that his Order of October 29, 1997, was entered improvidently and recommending that the case against Ponce and Benavides be dismissed.

The Plaintiffs have filed timely Objections to both Reports and Recommendations.

After a de novo review of the issues raised by both Reports and Recommendations the Court is of the opinion that they should be adopted.

IT IS THEREFORE **ORDERED** that Plaintiffs' Motion to Remand be **DENIED**.

IT IS FURTHER **ORDERED** that Plaintiffs' claims against the Defendants Rose Marie Ponce and Jerry Benavides be **DISMISSED.**

DONE at Brownsville, Texas, this 24th day of August 1998.

_____
Hilda G. Tagle
United States District Judge