59

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORELIA BARNHART, ET AL, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-080 |
| | § | |
| ROSE MARIE PONCE, ET AL, | § | |
| | § | |
| Defendant(s). | § | |

### ORDER ALLOWING STEPHEN C. HAYNES TO APPEAR AS CO-COUNSEL

Pending before this Court is the Motion of **STEPHEN C. HAYNES** to appear as Co-Counsel for the Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** in this cause, and the Court being of the opinion that the same should be granted, it is accordingly,

**ORDERED, ADJUDGED**, and **DECREED**, by the Court that **STEPHEN C. HAYNES** be and is hereby granted leave to appear as Co-counsel for the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

**DONE** at Brownsville, Texas on this ___1___ day of September, 1998.

Hilda G. Tagle
United States District Judge