61

United States District Court
Southern District of Texas
ENTERED

SEP 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORELIA BARNHART, ESTER ESPINOZA, JOSEFA HERNANDEZ, MARIA MAREZ, DOMINGA OLVERA A/N/F OF MARIA OLVERA, DECEASED, AND RAMONA PRUNEDA, INDIVIDUALLY AND A/N/F OF JAIME GONZALEZ, MINOR <br><br> VS. <br><br> ROSE MARIE PONCE, ADJUSTOR, JERRY BENAVIDES, STATE FARM AUTO CLAIMS SUPERINTENDENT OF NEGOTIATIONS AND STATE FARM INSURANCE COMPANY | C.A. NO. B-97-080 <br><br> United States District Court <br> Southern District of Texas <br> FILED <br><br> SEP 10 1998 <br><br> Michael N. Milby, Clerk of Court |

ORDER

On the 2nd day of September, 1998, the Court considered the Plaintiffs' Motion to Reconsider Order Denying Petition to Remand and Order Dismissing Rose Marie Ponce and Jerry Benavides from Lawsuit, and after hearing argument, the Court is of the opinion that the said Motion be GRANTED.

THEREFORE, IT IS ORDERED that the Motion to Dismiss Rose Marie Ponce and Jerry Benavides be, and is hereby, DENIED.

FURTHER, IT IS ORDERED that the Plaintiffs' suit be, and is hereby, REMANDED to the 357th Judicial District Court, Willacy County, Texas and hereby orders the United State District Clerk to return the Court's file to the District Clerk, Raymondville, Willacy County, Texas.

Signed September 10/1998.

_____
UNITED STATES DISTRICT JUDGE

orderrem.mot